Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Trustee for Debtor(s)

| In Re | Chapter 13 Case Number: |
|---|---|
| Veronica Wilson | 14-43126-RLE13 |
| Debtors(s) | |

### STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

**PURSUANT** to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

MAKE ADDITIONAL PAYMENT OF $215.66 FOR APRIL AND MAY 2016. REGULAR PAYMENT OF $165 WILL BE THROUGH PAYROLL DEDUCTION. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWAREA PAYMENTS MUST BE MADE ON TIME AND FOR THE FULL AMOUNT OR THIS CASE WILL BE DISMISSED. DEBTOR'S DUE DATE IS THE 27TH OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 3-20-16       _Veronica Wilson_
                      Debtor

Dated: _____       _____
                      Debtor

Dated: 3-16-16       _____
                      Attorney for Debtor

Dated: 4-5-16        Martha G. Bronitsky
                      Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Veronica Wilson

Case No.: 14-43126-RLE13

Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Veronica Wilson
34 Selena Ct
Antioch, CA 94509

(Debtor(s))

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 06, 2016

/s/ CHRISTIE ACOSTA
CHRISTIE ACOSTA